

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊
SOPHIA M. SHALABY, ESQ. Δ
ERIC J. WARNER, ESQ. ∞

SENIOR PARALEGALS
  CAROLE ZEMPEL
  KAITLYN SCHUMACHER
PARALEGALS
  AMANDA MILLER
  ALEXANDRA LLAVERIAS
  NATALIE GOMEZ
  MARIANELA PINA DE LA HOZ
  ISABELLE AGUSTIN
  LINDSAY LEVINE

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK 10606
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

| φ | Admitted in NJ, NY, PA, TX & DC |
| □ | Admitted in NJ, NY, PA & TX |
| ∞ | Admitted in NJ, NY & PA |
| ○ | Admitted in NJ, NY & TX |
| Δ | Admitted in NJ & NY |
| ◊ | Admitted in NJ & PA |

MEETINGS BY APPOINTMENT ONLY

*[Handwritten: Granted. The March 13 conference is cancelled. A status report is due 4/29/26.*

*Denise Cote
3/2/26]*

March 2, 2026

**VIA ECF**

Honorable Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   **Scott Cawthon v. Pingyangxianyinghengdianzishangwushanghang**
> **Docket No.: 1:26-cv-00246-DLC**

Dear Judge Cote:

Our office represents plaintiff Scott Cawthon (**"Plaintiff"**) in the above-captioned matter. We write to provide a status update on this matter and to request an adjournment of the initial pretrial conference currently scheduled for March 13, 2026.

As an initial matter, we note that our office has engaged Hylands Law Firm (**"Hylands"**), an investigative firm based in China, to exercise due diligence in verifying the defendant Pingyangxianyinghengdianzishangwushanghang's (**"Defendant"**) purported address in order to effectuate service of the filings in this matter. Following a preliminary investigation, Hylands confirmed that, although the address listed in Defendant's counter-notice exists, no formal association between that address (Phase 1, Taiyang Cheng, Xiong County, Hebei Province) and the Defendant could be established. Nevertheless, Hylands identified an official address registered

Case 1:26-cv-00246-DLC    Document 9    Filed 03/02/26    Page 2 of 2

to Defendant at: Room 1602, Building 25, Wanyue Huating, Wanquan Town, Pingyang County, Wenzhou City, Zhejiang Province, China, and has initiated an on-site investigation to verify the accuracy of that location. To that end, if Hylands' investigator can verify the official address registered to Defendant through its on-site investigation, Plaintiff will have to serve process in accordance with the Hague Convention, which could take months to ultimately effectuate such service. If Hylands is unable to verify Defendant's physical address following the on-site investigation, Plaintiff intends to file a motion with this Court seeking substitute service.

At present, Plaintiff's efforts to ascertain Defendant's physical address remain ongoing. Thus, Defendant has not appeared nor otherwise responded to the complaint in this matter, as they have not yet been served. In light of the foregoing, we respectfully request that the Court adjourn the March 13th initial pretrial conference pending Defendant's appearance in this matter. We have not asked for any other adjournments in this case. We do not have consent of our adversary for this request as they have not yet appeared in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY:   */s/ Anthony C. Gunst, IV*
          Anthony C. Gunst, IV

2