```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SCOTT CAWTHON,                           :
                                         :            26cv246 (DLC)
                     Plaintiff,          :
           -v-                           :               Order
                                         :
PINGYANGXIANYINGHENGDIANZISHANGWUSHANG    :
HANG,                                    :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on January 12, 2026. An Order of May 15 granted the plaintiff's motion for substitute service pursuant to Rule 4(f), Fed. R. Civ. P. The defendant was served on May 18 and its deadline to answer the complaint was June 8. The defendant has not appeared in this action. Accordingly, it is hereby

ORDERED that the plaintiff shall by **June 22, 2026,** file any motion for default judgment against the defendant. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions, including the requirement to obtain a certificate of default from the Clerk of Court for each defaulting defendant.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendant via the email address listed in the May 15 Order, and shall file proof of such

service on ECF on or before **June 26, 2026.**

IT IS FURTHER ORDERED that a default judgment hearing will be held at the pretrial conference on **July 15, 2026** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of the defendant to appear will result in a default or a default judgment.

Dated:    New York, New York
          June 9, 2026

                              _____
                                DENISE COTE
                              United States District Judge

2