**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT CAWTHON,<br><br>*Plaintiff,*<br><br>v.<br><br>PINGYANGXIANYINGHENGDIANZISHA NGWUSHANGHANG,<br><br>*Defendant.* | Civil Action No. 1:26-cv-00246-DLC<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on January 12, 2026 by the filing of the Complaint and Request for Issuance of Summons [ECF Nos. 1, 2], and a copy of the Summons, Complaint and associated filings in this matter having been upon defendant Pingyangxianyinghengdianzishangwushanghang ("**Defendant**") via their proffered email address (ymxranshun@163.com), by Order granting alternative service [ECF No. 14], along with a copy of the Court's May 15, 2026 Order [ECF No. 14]. Defendant, who is not located in the United States, not having filed an answer or motion under Rule 12 from May 18, 2026 [ECF No. 16] and default being entered against defendant on June 12, 2026 [ECF No. 21], it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff Scott Cawthon ("**Plaintiff**") have judgment against Defendant in the amount of $ 50,000.00 ~~with interest at ______% from __________, 20__ amounting to $__________ plus cost and disbursements~~ and reasonable attorney's fees of this action in the amount of $ 24,000.00 amounting in all to $ 74,000.00.

dlc

Case 1:26-cv-00246-DLC Document 26 Filed 07/15/26 Page 2 of 3

IT IS FURTHER ORDERED that Defendant and his officers, agents, servants, employees, owners and representatives, and all other persons or entities shall:

- Disclose all websites and other locations where the Infringing Product—as defined in Plaintiff's moving brief—is sold;
- Disclose any and all products infringing upon Plaintiff's intellectual property;
- Disclose the means by which the Infringing Product is manufactured and where the manufacturing occurs;
- Turn over any and all of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;
- Provide an accounting of all inventory of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;
- Provide an accounting of any and all sales of the Infringing Product and any other products infringing upon Plaintiff's intellectual property;
- Remove the Infringing Product and any and all other products infringing upon Plaintiff's intellectual property from any and all websites or other points of sale;
- Immediately cease any and all infringement of Plaintiff's intellectual property;
- File with this Court and serve upon Plaintiff within thirty (30) days of the entry of an injunction a written report under oath describing in detail the manner and form in which Defendant complied with the injunctive relief set forth in this section, pursuant to 17 U.S.C. § 503;
- Destroy infringing articles in the possession of the Defendant pursuant to 17 U.S.C. § 503;
- Pay pre-judgment interest to Plaintiff for Plaintiff's copyright claims; and

dlc

dlc

Denise Cote
7/15/26